ORIGINAL

RECEIVED
JAN 26 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

FORM 2
COVER SHEET

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Robert J. Frank

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Webb L. Wassmer

Firm Name: Simmons, Perrine, Albright & Ellwood PLC

06-73 C

Post Office Box:

Street Address: 115 Third Street, SE, Suite 1200

City-State-Zip: Cedar Rapids, IA 52401-1266

Telephone & Facsimile Numbers: 319/366-7641; 319/366-1917

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 1 1 8
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O I
See attached sheet for three-digit codes.

Amount Claimed: $ approximately $300,000-$400,000
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.