Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. FRANK, | ) | |
| | ) | NO. 06-73C |
| Plaintiff, | ) | (Senior Judge Hodges) |
| | ) | |
| vs. | ) | UNCONTESTED MOTION |
| | ) | FOR EXTENSION OF TIME |
| UNITED STATES OF AMERICA, | ) | TO OPPOSE MOTION TO |
| | ) | DISMISS |
| Defendant. | ) | |

Plaintiff Robert J. Frank respectfully requests the Court to grant an additional sixty (60) days to file his Opposition to Defendant United States of America's Motion to Dismiss. Plaintiff states:

1. Defendant United States of America filed a Motion to Dismiss on May 25, 2006. Plaintiff's Opposition is due on June 26, 2006

2. Plaintiff Robert J. Frank needs additional time to address the complex issues raised in the Motion.

3. The parties are also discussing the potential settlement of this matter.

4. An extension of sixty (60) days should be sufficient to determine if the parties can settle this matter and, if not, for Plaintiff to file his Opposition.

5. Counsel for Defendant United States of America has been contacted regarding this Motion and does not oppose.

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents



For the above stated reasons, Plaintiff Robert J. Frank respectfully requests the Court to grant an additional sixty (60) days, to and including August 25, 2006, to file his Opposition to Defendant United States of America's Motion to Dismiss.

Respectfully submitted,

Date: June 21, 2006

_________/s/ Webb L. Wassmer__________
WEBB L. WASSMER
SIMMONS, PERRINE, ALBRIGHT
& ELLWOOD, P.L.C.
115 3RD STREET S.E., SUITE 1200
CEDAR RAPIDS, IOWA 52401
(319) 366-7641 (telephone)
(319) 366-1917 (facsimile)
wwassmer@simmonsperrine.com

ATTORNEYS FOR PLAINTIFF
ROBERT J. FRANK

CERTIFICATE OF FILING

I hereby certify that on June 21, 2006, a copy of the foregoing "UNCONTESTED MOTION FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

______/s/ Webb L. Wassmer______
WEBB L. WASSMER