# In the United States Court of Federal Claims

* * * * * *

ROBERT J. FRANK, *

Plaintiff, * No. 06-73C

v. * Filed: June 22, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Plaintiff's motion for enlargement of time to August 25 is GRANTED. Defendant does not oppose.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge