IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. FRANK, | ) | |
| | ) | NO. 06-73C |
| Plaintiff, | ) | (Senior Judge Hodges) |
| | ) | |
| vs. | ) | PLAINTIFF'S |
| | ) | DISMISSAL OF |
| UNITED STATES OF AMERICA, | ) | COUNT IV ONLY |
| | ) | |
| Defendant. | | |

Plaintiff Robert J. Frank dismisses Count IV - Injunction of his Complaint filed January 26, 2006, without prejudice to refiling that claim in the United States District Court for the Northern District of Iowa. Plaintiff does not dismiss any other portion of his Complaint.

Date:____8/25/06______

_______/s/ Webb L. Wassmer______________

WEBB L. WASSMER
SIMMONS, PERRINE, ALBRIGHT
& ELLWOOD, P.L.C.
115 3RD STREET S.E., SUITE 1200
CEDAR RAPIDS, IOWA 52401
(319) 366-7641 (telephone)
(319) 366-1917 (facsimile)
wwassmer@simmonsperrine.com

ATTORNEYS FOR PLAINTIFF
ROBERT J. FRANK

CERTIFICATE OF FILING

I hereby certify that on August 29, 2006, a copy of the foregoing "PLAINTIFF'S DISMISSAL OF COUNT IV ONLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

______/s/ Webb L. Wassmer______
WEBB L. WASSMER

Copy to:

David B. Stinson
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C., 20530

Courtesy Copy to:

Martin J. McLaughlin
Assistant United States Attorney
Northern District of Iowa
P.O. Box 74950
Cedar Rapids, IA 52407-4950