IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. FRANK, | ) | |
| Plaintiff, | ) | No. 06-73C |
| v. | ) | (Senior Judge Hodges) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including September 25, 2006, within which to file its reply brief. Defendant's reply brief currently is due to be filed September 11, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

While counsel for defendant has begun the process of drafting our reply brief, additional time is necessary to complete a draft and coordinate review with the United States Marshals Service and the Office of the United States Attorney for the Northern District of Iowa.

Timely completion has been hampered because plaintiff’s response was filed while counsel for defendant was on long-scheduled vacation. In addition, counsel for defendant was on long-scheduled official travel last week in Pittsburgh, Pennsylvania, meeting with agency counsel on another matter, GASA, Inc. v. United States, Fed. Cl. No. 01-642. Also, with the

intervening Labor Day holiday, counsel for defendant has had insufficient time to complete a draft of defendant's reply brief. Once a draft is completed, additional time will be necessary to obtain review by Department of Justice officials.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

September 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 6, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON