# In the United States Court of Federal Claims

* * * * * *

ROBERT J. FRANK, *

Plaintiff, * No. 06-73C

v. * Filed: September 7, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Defendant's unopposed motion for enlargement of time to September 25 is to file a reply brief is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge