IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. FRANK,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>No. 06-73C<br>(Senior Judge Hodges) |

DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST TO DISMISS COUNT IV

Defendant, the United States, respectfully submits the following response to plaintiff Robert Frank's request to dismiss count IV of his complaint.

Count IV of Mr. Frank's complaint seeks an injunction requiring that the vehicles located at Gardner's Lane be removed from the property. Defendant does not oppose dismissal of Count IV for the reasons stated in our motion to dismiss. However, all counts of Mr. Frank's complaint, not just Count IV, should be dismissed.

Mr. Frank's filing requests that Count IV be dismissed "without prejudice to refiling that claim in the United States District Court for the Northern District of Iowa." That Mr. Frank, apparently, intends to file a separate action in the district court for the Northern District of Iowa regarding his Count IV "claim" is yet additional support for a finding that this Court lacks jurisdiction to consider Mr. Frank's complaint. Congress has established a comprehensive statutory scheme and vested exclusive jurisdiction in district courts for criminal forfeiture of property involved in a criminal offense. 21 U.S.C. § 853; Vereda, Ltda. v. United States, 271 F.3d 1367, 1375 (Fed. Cir. 2001). Mr. Frank's entire complaint should be dismissed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

LUCILLE C. ROBERTS
Deputy General Counsel
United States Marshals Service
Washington, D.C.

September 29, 2006

CERTIFICATE OF FILING

I hereby certify that on SEPTEMBER 29, 2006, a copy of the foregoing “DEFENDANT'S RESPONSE TO PLAINTIFF’S REQUEST TO DISMISS COUNT IV” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON