# In the United States Court of Federal Claims

* * * * * *

ROBERT J. FRANK, *

Plaintiff, * No. 06-73C

v. * Filed: February 16, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Oral argument is scheduled for Monday February 26, 2007 at 3p.m. EST. Both parties will appear by phone. The call will be placed from chambers.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge