# In the United States Court of Federal Claims

* * * * * *

ROBERT J. FRANK, *

Plaintiff, * No. 06-73C

v. * Filed: May 3, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Oral argument on defendant's motion to dismiss was held February 26, 2007. During oral argument it became clear that it would be practical to stay this case until a related criminal forfeiture proceeding is resolved. Proceedings in this case are suspended. The parties will file a status report on or before Friday, June 1.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge