# In the United States Court of Federal Claims

* * * * * * * * *
ROBERT J. FRANK,
Plaintiff *

v. *

UNITED STATES OF AMERICA, *

Defendant *

* * * * * * * * *

Filed September 10, 2007

No. 06-73C

**ORDER**

This matter comes before the court pursuant to defendant's Motion to Dismiss for lack of jurisdiction. Plaintiff's complaint contains three counts: breach of express contract; breach of implied contract; and taking of private property without just compensation. The Government argues that each of these claims is outside our jurisdiction. For the reasons set forth at a hearing on September 7, 2007, defendant's motion to dismiss for lack of subject matter jurisdiction is DENIED.

The parties will advise the court of their discovery schedule, which we will confirm with an Order. Counsel may contact the court for assistance at any time.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge