# In the United States Court of Federal Claims

* * * * * *

ROBERT J. FRANK, *

Plaintiff, * No. 06-73C

v. * Filed: December 19, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

The parties' stated on November 9 that they have been in settlement negotiations. We ask counsel to advise the Court of the progress of these negotiations no later than January 18, 2008. If settlement appears to be unlikely before then, counsel will propose a scheduling order for further proceedings as necessary.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge