IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. FRANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-73C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's December 19, 2007 Order, the parties respectfully submit this joint status report. Settlement has not been reached, accordingly, the parties propose the following schedule.

Defendant intends to file a motion to dismiss pursuant to Rule 12(b)(1) of the Rules of the Court of Federal Claims ("RCFC"), contesting plaintiff Robert J. Frank's ownership of the Gardner's Lane property, and therefore his standing to bring his claims, on or before March 10, 2008. Defendant suggests that briefing upon its motion be scheduled according to RCFC 7.2(c). Defendant respectfully requests that this Court stay entry of a discovery scheduling order pending its ruling upon the motion.

Plaintiff requests that this Court enter a discovery scheduling order immediately.

The parties agree to the following discovery schedule, though, as set forth above, disagree as to when discovery should commence:

Initial disclosures shall be made 30 days from the date of entry of a scheduling order.

All discovery, including depositions and discovery of experts, shall be completed within 180 days from the date of entry of a scheduling order.

Expert witness disclosure shall be made by the plaintiff within 120 days and defendant

within 150 days from the date of entry of a scheduling order.

Respectfully submitted,

/s/ WEBB L. WASSMER
WEBB L. WASSMER
Simmons Perrine PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: (319) 366-7641
Fax: (319) 366-1917

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ PATRICIA M. McCARTHY
PATRICIA M. McCARTHY
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

January 18, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the18th day of January, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/MEREDYTH D. COHEN