# In the United States Court of Federal Claims

* * * * * *

ROBERT J. FRANK, *

Plaintiff, * No. 06-73C

v. * Filed: January 24, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

The parties state that they no longer believe that settlement is a possibility. This case was filed over a year ago. Counsel propose six months of discovery, to include expert discovery, to address the sole issue of standing. Standing is a jurisdictional issue that may be raised at any time. We issued an order in September last year directing the parties to begin discovery if any were needed. Therefore, six months' additional discovery to determine whether plaintiff owns the property in dispute seems excessive.

Plaintiff has alleged ownership of the property, so at this stage we assume the truth of his assertion. If defendant has reason to think plaintiff does not own the property in dispute, defendant must state the basis for that belief immediately. Therefore:

1. Defendant will file a status report no later than January 30, outlining its reasons to doubt that plaintiff owns the property in dispute.

2. Plaintiff will be prepared to establish for his ownership of the property in question at a hearing scheduled for February 4 at 11 a.m. in the National Courts Building. Plaintiff may appear by telephone if he prefers.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge