# In the United States Court of Federal Claims

* * * * * * * * *
ROBERT J. FRANK, *

Plaintiff, *

v. * Filed: February 4, 2008
No. 06-73C

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

The Court held a telephonic status conference today, February 4. The parties agree that the Government will file its motion to dismiss on March 10. Plaintiff will file a response motion on April 10. The Court will set a date for the Government's reply motion at a later date, if necessary.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge