IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. FRANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-73C |
| | ) | (Senior Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S
RESPONSE TO DEFENDANT'S SECOND MOTION TO DISMISS

Following a status conference held on February 4, 2008, this Court entered an order stating that the Government would file its motion to dismiss on March 10, 2008, that plaintiff would file a response on April 10, 2008, and that "the Court will set a date for the Government's reply motion at a later date, if necessary." Pursuant to this order, we filed our second motion to dismiss on March 10, 2008 and Mr. Frank filed his response on April 10, 2008. Given the numerous issues raised in Mr. Frank's response, we respectfully request that the Court grant us leave to file a reply. Defendant's counsel contacted plaintiff's counsel, Webb Wassmer, and was informed that Mr. Frank does not object to this motion for leave to file a reply. If the Court grants this motion, we propose to file our reply within 30 days of the date of the order granting leave to do so.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ PATRICIA M. McCARTHY
PATRICIA M. McCARTHY
Assistant Director

OF COUNSEL:

LUCILLE C. ROBERTS
Deputy General Counsel
United States Marshals Service
Washington, D.C.

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

April 15, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/MEREDYTH D. COHEN