# In the United States Court of Federal Claims

* * * * * * * * *
ROBERT J. FRANK,
*
Plaintiff,
v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

Filed: April 17, 2008
No. 06-73C

**ORDER**

The Government's motion for leave to file a reply is GRANTED. The Government will file its reply on or before May 16.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge