# In the United States Court of Federal Claims

* * * * * *

ROBERT J. FRANK, *

Plaintiff, * No. 06-73C

v. * Filed: June 25, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

It has been difficult to credit the Government's jurisdictional argument in this case. We delayed this ruling because the parties agreed to conduct discovery in the interim, and because of the possibility that the defense may be a frivolous one.

Plaintiff has established a *prima facie* case of ownership in the property that is the subject of this proceeding. We are not aware of case law in this circuit requiring plaintiff in such circumstances to establish that his property was *not* transferred to defraud creditors. Defendant has pointed to no cases that would suggest the validity of such an argument, nor would logic permit one to expect it.

Defendant's motion to dismiss for lack of jurisdiction is DENIED. The parties will continue discovery on an expedited basis, and advise the court no later than July 15 of their progress.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge