IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. FRANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-73C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's June 25, 2008 Order, the parties respectfully submit this joint status report regarding discovery. It was the parties' understanding that discovery would not commence prior to a ruling upon defendant's second motion to dismiss. Accordingly, no discovery has been conducted thus far. The parties respectfully request that the Court enter a discovery scheduling order. The parties agree to the following discovery schedule:

Initial disclosures shall be made 30 days from the date of entry of a scheduling order.

All discovery, including depositions and discovery of experts, shall be completed within 180 days from the date of entry of a scheduling order.

Expert witness disclosure shall be made by the plaintiff within 120 days and defendant within 150 days from the date of entry of a scheduling order.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ WEBB L. WASSMER
WEBB L. WASSMER
Simmons Perrine PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: (319) 366-7641
Fax: (319) 366-1917

Attorney for Plaintiff

/s/ PATRICIA M. McCARTHY
PATRICIA M. McCARTHY
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

Attorneys for Defendant

July 14, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the14th day of July 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/MEREDYTH D. COHEN