# In the United States Court of Federal Claims

* * * * * *

| | | |
|---|---|---|
| ROBERT J. FRANK, | * | |
| Plaintiff, | * | No. 06-73C |
| v. | * | Filed: July 14, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * *

**ORDER**

We received the parties joint status report on July 14. The court will enter the following discovery schedule:

| | |
|---|---|
| Initial Disclosures | August 14, 2008 |
| Plaintiff's Expert Witness Disclosures | November 14, 2008 |
| Defendant's Expert Witness Disclosures | December 15, 2008 |
| Close of All Discovery | January 14, 2009 |

The parties will propose a reasonable pre-trial and trial schedule by status report to be filed with the court within seven days after the close of discovery.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge